JOSEPH TRAPANI and ANGELA TRAPANI, Respondents, v. JACK FINN, Doing Business as PIONEER BURNER Co., and Another, Defendants; ARGUIS GAS & OIL SALES Co., INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

LOUISA ACOCELLA, Respondent, v. FREDERICK H. BRINKMAN, Individually and as Administrator, etc., of ANDREW BRINKMAN, Deceased, Appellant.— In an action for specific performance of a verbal contract, order denying defendant's motion for a new trial on the ground of newly-discovered evidence unanimously affirmed. with costs, payable by the appellant personally. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

JOHN E. BANE, Appellant, v. THE CITY OF NEW YORK, Respondent.— In an action brought by plaintiff, a clerk in the office of the county clerk of Kings county, to recover the aggregate amount of deductions made from his salary during the years 1933 to 1936, inclusive, and further deductions made monthly until April 1, 1937, order denying plaintiff's motion for judgment on the pleadings and judgment entered thereon, dismissing the complaint, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

GEORGE J. COPELAND, Appellant, v. CORN EXCHANGE BANK TRUST COMPANY, Respondent.— In an action for malicious prosecution and false arrest, judgment dismissing the complaint at the close of the plaintiff's case reversed on the law and a new trial granted, with costs to appellant to abide the event. Upon this record there is evidence from which the jury could infer that there was a malicious failure to disclose fully and fairly the facts and surrounding circumstances or a distortion of them for an ulterior purpose. Consequently, the question of malice and lack of probable cause should have been submitted to the jury. Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ., concur.